CLOSED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:15-mj-00652-DUTY-1

Case title: USA v. Mendes

Date Filed: 04/14/2015
Date Terminated: 05/08/2015

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Clayton J Mendes**<br>*TERMINATED: 05/08/2015* | represented by | **George G Mgdesyan**<br>Mgdesyan Law Firm<br>15260 Ventura Boulevard PH 2200<br>Sherman Oaks, CA 91403<br>818-386-6777<br>Fax: 818-754-6778<br>Email: george@attorneys4law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**David A Elden**<br>Law Office of David A Elden<br>11377 West Olympic Boulevard 10th Floor<br>Los Angeles, CA 90064-1625<br>310-478-3100<br>Fax: 310-478-2200<br>Email: elden@innocent.com<br>*TERMINATED: 04/20/2015*<br>*Designation: Retained*<br><br>**David P Elder**<br>Housing Rights Center Inc<br>3255 Wilshire Boulevard Suite 1150<br>Los Angeles, CA 90010<br>213-387-8400 x1116<br>Fax: 213-381-8555<br>Email: delder@housingrightscenter.org<br>*TERMINATED: 04/14/2015*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

## Highest Offense Level (Opening)

None

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

Defendant in violation of 21:841,846

## Disposition

Defendant held to answer to the Western District of Missouri at Springfield

## Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Assistant 2241-2255 US Attorney LA-CR**<br>AUSA - Office of US Attorney<br>Criminal Div - US Courthouse<br>312 N Spring St<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Puneet V Kakkar**<br>AUSA - Office of the US Attorney<br>General Crimes Section<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012<br>213-894-3152<br>Fax: 213-894-0141<br>Email: puneet.kakkar@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2015 | [1](#) | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Clayton J Mendes, originating in the Western District of Missouri. Defendant charged in violation of: 21:841,846. Signed by agent Michael Larrazzo, HSI, Special Agent. USA. (mhe) (Entered: 04/17/2015) |

Case 6:14-cr-03106-MDH   Document 219   Filed 05/13/15   Page 2 of 4

| | | |
|---|---|---|
| 04/14/2015 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Clayton J Mendes; defendants Year of Birth: 1980; date of arrest: 4/14/2015 (mhe) (Entered: 04/17/2015) |
| 04/14/2015 | 3 | Defendant Clayton J Mendes arrested on warrant issued by the USDC Western District of Missouri at Springfield. (Attachments: # 1 Charging Documents)(mhe) (Entered: 04/17/2015) |
| 04/14/2015 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Patrick J. Walsh as to Defendant Clayton J Mendes Defendant arraigned and states true name is Clayton J Mendes Walter. Attorney: David P Elder for Clayton J Mendes, Retained, present. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 4/20/2015 01:30 PM before Duty Magistrate Judge. Court Reporter: Anne Kielwasser. (mhe) (Entered: 04/17/2015) |
| 04/14/2015 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Clayton J Mendes (mhe) (Entered: 04/17/2015) |
| 04/14/2015 | 6 | DESIGNATION AND APPEARANCE OF COUNSEL; filed by David P Elder appearing for Clayton J Mendes (mhe) (Entered: 04/17/2015) |
| 04/20/2015 | 7 | MINUTES OF Detention Hearing held before Magistrate Judge Frederick F. Mumm as to Defendant Clayton J Mendes, The Court Orders the defendant permanently detained. Court orders case continued to 4/29/15 at 3:00pm for I/D hearing before Judge Mumm. Court Smart: CS 4/20/15. (mhe) (Entered: 04/22/2015) |
| 04/20/2015 | 8 | REQUEST TO SUBSTITUTE ATTORNEY George Mgdesyan in place of attorney David A Elden filed by Defendant Clayton J Mendes. (mhe) (Entered: 04/22/2015) |
| 04/20/2015 | 9 | ORDER by Magistrate Judge Frederick F. Mumm: Granting 8 Request for Approval of Substitution of Attorney Attorney George G Mgdesyan for Clayton J Mendes added. Attorney David A Elden terminated as to Clayton J Mendes (1) (mhe) (Entered: 04/22/2015) |
| 04/22/2015 | 10 | ORDER OF DETENTION by Magistrate Judge Frederick F. Mumm as to Defendant Clayton J Mendes, (mhe) (Entered: 04/23/2015) |
| 04/27/2015 | 11 | First APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION Filed by Defendant Clayton J Mendes (Attachments: # 1 Proposed Order)(Mgdesyan, George) (Entered: 04/27/2015) |
| 04/27/2015 | 12 | NOTIFICATION RE: First APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION 11 filed by Defendant Clayton J Mendes. The Request for hearing was APPROVED. Request set for hearing on 4/29/2015 at 12:00 PM before Magistrate Judge Frederick F. Mumm. Identity hearing also to be heard with the bail hearing. (jm) (Entered: 04/27/2015) |
| 04/29/2015 | 14 | MINUTES OF Bond Hearing Granting 11 Application for Review/Reconsideration of Order Setting Conditions of Release/Detention re as to Clayton J Mendes (1); BOND Hearing held before Magistrate Judge Frederick F. Mumm as to Defendant Clayton J Mendes, $350,000 Appearance Bond, see attached bond for terms and conditions. Stay on release until 5/1/15 at 12:00pm. Defendant waives time for Identity hearing. Court Smart: 4/29/15. (mhe) (Entered: 05/01/2015) |
| 04/30/2015 | 13 | NOTICE filed by Plaintiff USA as to Defendant Clayton J Mendes *Review of Order Releasing Defendant Filed in Court with Jurisdiction over the Offense* (Kakkar, |

| | | |
|---|---|---|
| | | Puneet) (Entered: 04/30/2015) |
| 05/01/2015 | 15 | Notice of Appearance or Withdrawal of Counsel: for attorney Puneet V Kakkar counsel for Plaintiff USA. Adding Puneet V Kakkar as counsel of record for United States of America for the reason indicated in the G-123 Notice. Filed by Plaintiff United States of America. (Attorney Puneet V Kakkar added to party USA(pty:pla))(Kakkar, Puneet) (Entered: 05/01/2015) |
| 05/01/2015 | 16 | NOTICE of Order Staying this Court's Order for Release filed by Plaintiff USA as to Defendant Clayton J Mendes (Kakkar, Puneet) (Entered: 05/01/2015) |
| 05/01/2015 | 17 | Out of District Order by Judge Douglas Harppor of the Western District of Missouri staying the Order of the Magistrate Judge setting conditions of release filed by Plaintiff USA as to Defendant Clayton J Mendes (mhe) (Entered: 05/04/2015) |
| 05/08/2015 | 18 | MINUTES OF RULE 5(c)(3) IDENTITY HEARING held before Magistrate Judge Frederick F. Mumm as to Defendant Clayton J Mendes. Attorney: George Mdgesyan, Retained, present. Court orders defendant held to answer to Western District of Missouri. Warrant of Removal and final commitment to issue. Court Smart: CS 5/8/15. (mhe) (Entered: 05/13/2015) |
| 05/08/2015 | 19 | WAIVER OF RIGHTS approved by Magistrate Judge Frederick F. Mumm as to Defendant Clayton J Mendes. (mhe) (Entered: 05/13/2015) |
| 05/08/2015 | 20 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Frederick F. Mumm that Defendant Clayton J Mendes be removed to the Western District of Missouri (mhe) (Entered: 05/13/2015) |
| 05/08/2015 | | Notice to Western District of Missouri of a Rule 5 or Rule 32 Initial Appearance as to Defendant Clayton J Mendes. Your case number is: 14CR3106-19. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 20 Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 05/13/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/13/2015 10:06:38 | | | |
| **PACER Login:** | wd1951:4271859:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:15-mj-00652-DUTY End date: 5/13/2015 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |