# EXHIBITS

# (Character Reference Letters)

U.S. District court
District of Missouri
222 s John q Hammond
Pkwy #1400
Springfield, Missouri

Your Honor:

My name is Natalie Arizmendis. I am the wife of Clayton Mendes, I just want to start out by saying what a great husband, provider and father he's been not only to our daughter but to my two children from a previous marriage, he has been the only father figure they have known. He has been there and supported all of their school, and sport activities.

I've known Clayton Mendes since I was in the 3rd grade, he's always been close with his family and always there to help people in need,he has contributed and supported our military we also have a lot of family ties to the our small community that are law enforcement ..

Please consider granting my husbands bail as he is not a danger to our community or flight risk to the court, he has a lot family support and I will be here with him at ever court date. My family and i need him desperately in this time as he is the provider for our family, we really need to take this time to plan for our family in this time of hardship.

Natalie Arizmendis

Your Honor,

      I am the father of Natalie Arizmendis, Clayton's wife.
My son in law is an amazing father, provider and family man. He has taken in her two children as my daughter has taken his son in from a previous marriage and treated them as his own they have a beautiful baby girl together. He is very devoted to his family and very involved with his children. The children are all active in sports and he has been there to help coach practices and support all games.

He's a very hard worker and provides for his family while my daughter stays home taking care of the children.

I couldn't ask for a better man for my daughter or a better father to my grandchildren.

Darrel James Unch

To whom it my concern,

     I'm writing this letter on behalf of Clayton Mendes. I met Clayton in Aug 2009 when I started dating his Ex wife. They shared custody of there son Clayton jr. For a while I only saw Clayton at soccer and baseball events. He supported his son in everything he did. It was noticed he played a big part in Clayton's activities.

     I have a respectful relationship with Clayton, meaning we shared the responsibilities of raising his son. I always shared good and bad behavior about his son. I didn't want to be out of line when it came to discipline and always felt he should be in the know..

     As the years past, Clayton married and had a daughter. I've seen pictures on FB of him being a family kind of guy. Putting family first.. I only followed him on FB we didn't talk a whole bunch, only at his sons events or when one of us dropped Clayton jr off at the others house. Not until I recently separated from his ex wife i created a friendship which I considered good acquaintances. He invited me to UFC fights and dinners. I honestly can say I went over one a month with a mutual friend of his wife.

     Clayton just recently talked about moving into another home in the Palmdale area. Something more reasonable for his family..
What I have seen is that he's a family man and only wants what's best for all of them.

Michael Caudillo

Your Honor:

It is with pleasure and complete confidence that I write this letter of recommendation for Clayton Mendes

I have known Clayton since we were about 15 years old.  Clayton is a great guy who comes for a wonderful family I have had the privilege of serving as one of his dearest friends for over 20 years. Clayton was always one of those guys that I always knew that I could count on and go the extra mile for me and his family, although Clayton has found himself in a difficult situation right now I am confident that we will find that he was totally innocent in this situation. Clayton comes from my beautiful family, and has beautiful kids and I would hope that the court would grant his bail so that he can continue to be a positive role model for his children and wife.

Clayton is gifted in several areas and I know that he will make the right decisions,  and go to all court dates, so that the courts can find that he is innocent.

To summarize, I hope that you will seriously consider granting his bail so that he can be with his family.

Thank you

Jermell A. Adams